United States Bankruptcy Court
Northern District of Illinois, Eastern Division

IN RE: | Case No. _____
Fox, Robert A. _____ | Chapter 7
Debtor(s)

## STATEMENT OF SOCIAL SECURITY NUMBER(S)

1. Name of Debtor (enter Last, First, Middle): <u>Fox, Robert A.</u>
(Check the appropriate box and, if applicable, provide the required information.)

☑ Debtor has a Social Security Number and it is: <u>3 4 8</u> - <u>4 0</u> - <u>1 3 2 1</u>
   (If more than one, state all.)

☐ Debtor does not have a Social Security Number.

2. Name of Joint Debtor (enter Last, First, Middle): _____
(Check the appropriate box and, if applicable, provide the required information.)

☐ Joint Debtor has a Social Security Number and it is: ___ - __ - ____
   (If more than one, state all.)

☐ Joint Debtor does not have a Social Security Number.

I declare under penalty of perjury that the foregoing is true and correct.

X _____[signature]_____     2 Jul 07
   Signature of Debtor                       Date

X _____           _____
   Signature of Joint Debtor                 Date

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

* *Joint debtors must provide information for both spouses.*
*Penalty for making a false statement:* Fine of up to $250,000 or up to 5 years imprisonment or both. 18 U.S.C. §